ENTERED ON THE DOCKET
DATE: 8/29/00

AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

DISTRICT OF KANSAS

DARLINE ADAMS,

JUDGMENT IN A CIVIL CASE

Plaintiff,

V.

CASE NUMBER: 96-4228-SAC

THE GOODYEAR TIRE AND RUBBER COMPANY and
DEWEY WASHINGTON,

Defendants.

☐ Jury Verdict. This action came before the Court for a trial by jury, The issues have been tried and the jury has rendered its verdict.

☒ Decision by Court. This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that pursuant to the Memorandum and Order filed August 25, 2000, the motion of defendant, Goodyear Tire and Rubber Company, for summary judgment (Dk. 104) is granted; the motion of defendant, Dewey Washington, for summary judgment (Dk. 132) is denied as moot; and that plaintiff's claims against defendant, Dewey Washington, are dismissed without prejudice.

IT IS FURTHER ORDERED AND ADJUDGED that the plaintiff take nothing and the action is dismissed on the merits as it relates to defendant, Goodyear Tire and Rubber Company; and that the defendant, Goodyear Tire and Rubber Company, recover of the plaintiff, Darline Adams, its costs of action.

| August 28, 2000 | RALPH L. DeLOACH |
|---|---|
| *Date* | *Clerk* |
| | *(By) Deputy Clerk* |

197